# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-372-151**

**Effective Date of Registration:**
September 18, 2023
**Registration Decision Date:**
November 27, 2023

## Title

| | |
|---|---|
| Title of Work: | Meanwhile in the Trees |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2013 |
| Date of 1st Publication: | September 14, 2013 |
| Nation of 1st Publication: | Germany |

## Author

| | |
|---|---|
| Author: | Marie Beschorner |
| Pseudonym: | Company of Wolves |
| Author Created: | 2-D artwork |
| Citizen of: | Germany |
| Pseudonymous: | Yes |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Marie Beschorner |
| | Lübbecker Str. 171, Löhne, 32574, Germany |

## Rights and Permissions

| | |
|---|---|
| Name: | Marie Beschorner |
| Email: | marie.beschorner@proton.me |
| Address: | Lübbecker Str. 171 |
| | Löhne 32574 Germany |

## Certification

| | |
|---|---|
| Name: | David Denholm |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**
**VA 2-371-488**

**Effective Date of Registration:**
September 18, 2023
**Registration Decision Date:**
November 20, 2023

## Title

**Title of Work:** A Tale of Crows and Foxes

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 15, 2015
**Nation of 1st Publication:** Germany

## Author

- **Author:** Marie Beschorner
  **Pseudonym:** Company of Wolves
  **Author Created:** 2-D artwork
  **Citizen of:** Germany
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Marie Beschorner
Lübbecker Str. 171, Löhne, 32574, Germany

## Rights and Permissions

**Name:** Marie Beschorner
**Email:** marie.beschorner@proton.me
**Address:** Lübbecker Str. 171
Löhne 32574 Germany

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-372-148**

**Effective Date of Registration:**
September 18, 2023
**Registration Decision Date:**
November 27, 2023

## Title

| | |
|---|---|
| Title of Work: | In the Heart of the Woods |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | October 22, 2015 |
| Nation of 1st Publication: | Germany |

## Author

| | |
|---|---|
| Author: | Marie Beschorner |
| Pseudonym: | Company of Wolves |
| Author Created: | 2-D artwork |
| Citizen of: | Germany |
| Pseudonymous: | Yes |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Marie Beschorner |
| | Lübbecker Str. 171, Löhne, 32574, Germany |

## Rights and Permissions

| | |
|---|---|
| Name: | Marie Beschorner |
| Email: | marie.beschorner@proton.me |
| Address: | Lübbecker Str. 171 |
| | Löhne 32574 Germany |

## Certification

| | |
|---|---|
| Name: | David Denholm |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-372-149**

**Effective Date of Registration:**
September 18, 2023
**Registration Decision Date:**
November 27, 2023

## Title

    **Title of Work:** Stardust

## Completion/Publication

    **Year of Completion:** 2016
    **Date of 1st Publication:** August 05, 2016
    **Nation of 1st Publication:** Germany

## Author

    • **Author:** Marie Beschorner
    **Pseudonym:** Company of Wolves
    **Author Created:** 2-D artwork
    **Citizen of:** Germany
    **Pseudonymous:** Yes

## Copyright Claimant

    **Copyright Claimant:** Marie Beschorner
    Lübbecker Str. 171, Löhne, 32574, Germany

## Rights and Permissions

    **Name:** Marie Beschorner
    **Email:** marie.beschorner@proton.me
    **Address:** Lübbecker Str. 171
    Löhne 32574 Germany

## Certification

    **Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-372-152**

**Effective Date of Registration:**
September 18, 2023
**Registration Decision Date:**
November 27, 2023

## Title

| | |
|---|---|
| Title of Work: | Happy when it rains |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | January 19, 2015 |
| Nation of 1st Publication: | Germany |

## Author

| | |
|---|---|
| • Author: | Marie Beschorner |
| Pseudonym: | Company of Wolves |
| Author Created: | 2-D artwork |
| Citizen of: | Germany |
| Pseudonymous: | Yes |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Marie Beschorner |
| | Lübbecker Str. 171, Löhne, 32574, Germany |

## Rights and Permissions

| | |
|---|---|
| Name: | Marie Beschorner |
| Email: | marie.beschorner@proton.me |
| Address: | Lübbecker Str. 171 |
| | Löhne 32574 Germany |

## Certification

| | |
|---|---|
| Name: | David Denholm |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-372-150**

**Effective Date of Registration:**
September 18, 2023
**Registration Decision Date:**
November 27, 2023

## Title

Title of Work: Ooops / There once was a Wolf

## Completion/Publication

Year of Completion: 2015
Date of 1st Publication: April 02, 2015
Nation of 1st Publication: Germany

## Author

- Author: Marie Beschorner
  Pseudonym: Company of Wolves
  Author Created: 2-D artwork
  Citizen of: Germany
  Pseudonymous: Yes

## Copyright Claimant

Copyright Claimant: Marie Beschorner
Lübbecker Str. 171, Löhne, 32574, Germany

## Rights and Permissions

Name: Marie Beschorner
Email: marie.beschorner@proton.me
Address: Lübbecker Str. 171
Löhne 32574 Germany

## Certification

Name: David Denholm

Page 1 of 2

